```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 13378
   TIMOTHY PATRICK CONLEY
   DOROTHY ANN CONLEY                       CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-2648     SSN XXX-XX-2184

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 04/08/2005 and was confirmed 06/23/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  93.67% from remaining funds.

      The case was paid in full 09/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
DFS ACCEPTANCE             SECURED           600.00         8.63         600.00
DFS ACCEPTANCE             UNSECURED       NOT FILED         .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED         .00            .00
AT & T                     NOTICE ONLY     NOT FILED         .00            .00
BP CITI                    UNSECURED       NOT FILED         .00            .00
CAPITAL ONE                UNSECURED OTH    1264.87          .00        1179.60
CAPITAL ONE BANK           UNSECURED       NOT FILED         .00            .00
SMC                        UNSECURED OTH     921.35          .00         859.24
ECAST SETTLEMENT CORP      UNSECURED       10272.17          .00        9622.35
CITIBANK                   UNSECURED       NOT FILED         .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        4123.22          .00        3862.39
CITIBANK                   NOTICE ONLY     NOT FILED         .00            .00
CITIBANK                   UNSECURED       NOT FILED         .00            .00
CITIBANK                   UNSECURED       NOT FILED         .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED       10937.46          .00       10245.56
EXXON MOBIL                UNSECURED       NOT FILED         .00            .00
FOOT & ANKLE ASSOCIATES    UNSECURED       NOT FILED         .00            .00
HARRIS BANK                UNSECURED        6949.40          .00        6509.78
INGALL HOSPITAL            UNSECURED       NOT FILED         .00            .00
INGALLS HOSPITAL           NOTICE ONLY     NOT FILED         .00            .00
JC PENNEY                  UNSECURED       NOT FILED         .00            .00
J C PENNEY                 NOTICE ONLY     NOT FILED         .00            .00
WORLD FINANCIAL NETWORK    UNSECURED OTH     427.31          .00         398.23
MARSHALL FIELDS            UNSECURED OTH     980.04          .00         913.97
ECAST SETTLEMENT CORP      UNSECURED       11958.95          .00       11202.43
SAMS CLUB CREDIT CARD      UNSECURED       NOT FILED         .00            .00
SAMS CLUB                  NOTICE ONLY     NOT FILED         .00            .00
SOUTHWEST LAB PHYSICIAN    UNSECURED       NOT FILED         .00            .00
ROUNDUP FUNDING LLC        UNSECURED OTH     342.37          .00         319.29
TARGET                     NOTICE ONLY     NOT FILED         .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED OTH    1526.33          .00        1423.44
RESURGENT CAPITAL SERVIC   UNSECURED OTH    2234.63          .00        2116.19

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 13378 TIMOTHY PATRICK CONLEY & DOROTHY ANN CONLEY
```

```
PETER FRANCIS GERACI      DEBTOR ATTY      2,700.00                  2,700.00
TOM VAUGHN                TRUSTEE                                    3,223.90
DEBTOR REFUND             REFUND                                       700.25

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 55,885.25

PRIORITY                                               .00
SECURED                                             600.00
    INTEREST                                          8.63
UNSECURED                                        48,652.47
ADMINISTRATIVE                                    2,700.00
TRUSTEE COMPENSATION                              3,223.90
DEBTOR REFUND                                       700.25
                       --------------         --------------
TOTALS                  55,885.25                55,885.25
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


   Dated: 12/22/08              /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE